IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:     NYSHEA BATES                           CHAPTER 13
           DEBTOR.                                 CASE NO. 20-31489

## OBJECTION TO TRUSTEE'S NOTICE TO DISMISS

Comes now the above listed Debtor and objects to the Trustee's Notice to Dismiss. As grounds Debtor states as follows:

1. Debtor posted two recent payments totaling $400.00. She had a change in employment.

2. Our office would like for the case to remain open at this time.

Dated: October 22, 2021

                                       /s/ David Weston
                                       _____
                                       Anderson, Williams, and Farrow, LLC.
                                       David Weston-Attorney for Debtor
                                       7515 Halcyon Pte. Dr.
                                       Montgomery, AL 36117
                                       (334) 265-4477
                                       leslie@davidweston.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing objection on the Chapter 13 Trustee, via electronic filing.

Dated: October 22, 2021

                                       /s/ David Weston
                                       _____
                                       Anderson, Williams, and Farrow, LLC.
                                       David Weston-Attorney at Law