UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:                                )
                                      )
                                      )
    Attached cases            )
                                      )
                                      )

## CHANGE OF LOCATION FROM IN-COURT HEARING TO TELEPHONIC HEARING, FEBRUARY 3, 2022

THE PREVIOUSLY SCHEDULED HEARING HAS BEEN CHANGED TO A TELEPHONIC HEARING TO TAKE PLACE AT THE SAME TIME AS ORIGINALLY SCHEDULED AND NOTICED.

    Prior to the time set out above, dial the telephone number and use the code set out below to enter the hearing. Parties should dial in at least five minutes prior to the start of the hearing. There is no security code and please do not select any other feature. Once connected, please mute your phone (using the mute feature of your phone or by dialing *6) until your case is called and disconnect when notified it is completed.

    Debtors are encouraged to contact your attorney prior to the hearing for more information.

**Dial-in information:**

                  Dial in: (877) 336-1839
                  Access code: 9617616

    For further information on telephonic hearings during the COVID-19 outbreak, please consult the U.S. Bankruptcy Court for the Middle District of Alabama's website, http://www.almb.uscourts.gov/.

Dated: January 21, 2022

                                                Juan-Carlos Guerrero

cc: All Parties

# Judge William Sawyer
# Montgomery Docket
# February 3, 2022

**10:00 AM**
18-32104 Norma Edwards and J E Edwards
19-30585 Pamela Gray Arrington
20-30397 Judy Hibley Williams
21-32011 Thorsby Drugs, Inc.
21-32058 Andrea J Brown and Robert L Brown, Jr.

**10:01 AM**
18-31113 Rosie Davis
19-31974 Michael L. Davison
20-32577 Shakille LaJoyce Watson

**10:05 AM**
18-31382 Joanne Hamilton Hopkins
19-33438 Stephen D. Blackerby
20-30081 Samandra Martesia Fields Robbins
20-32154 Valerie Carter
21-31485 Sheqouia Denunta Lewis
21-32254 Larry D. Johnson

**10:06 AM**
17-32117 Brenda G. Mays

**10:10 AM**
21-03025 Sullivan, Jr. v. Taylor et al

**10:15 AM**
16-30940 Loucinda D. Chambers
16-32209 Sheryl Ashley
16-33071 Courtney Louis Mahone, Sr.
17-30662 John Hooks, III
17-31595 Latasha Danielle Swift
17-33147 Sylvia T. Jones
17-33305 Zachary Tyler Hines
18-30134 Atrishia M. Bryant
18-31777 James J. Henderson
18-32151 Quintella Carter
18-32230 Krystal J. Ashley
18-33405 Briggette L. Sutton
19-31974 Michael L. Davison
19-32039 Aaron Troy Ward and Courtney Jaye Ward
19-32210 Cynthia Lee Bradley
19-32271 Elizabeth Liane Boyd
19-32914 Mamie Thorn and Ben Thorn
19-33150 Diana Cox Robinson
19-33630 Demetrice Stallworth-Key
20-30309 Adrian Demond Gillis and Jamantha Lynn Gillis
20-30441 Serena Trentina Smith
20-30471 Kyiesha Yvonne Howard
20-30527 Brandy Sontell George
20-30570 Willie Henry Bailey
20-30819 Shantangela Faberge Williams
20-31108 Brianka Chantrelle Douglas
20-31452 Dionne Briers
20-31489 Nyshea Naticole Bates
20-31645 Leesa Ledyard
20-31739 Johnny Lee Toney, Jr
20-32347 Christopher L. Reynolds and Crystal D. Owens
20-32456 Danny S. Sheppard
20-32486 Melody Benz Veazey
21-30079 Adrian Tremayne Williams
21-30181 Amanda Braden
21-30380 Christopher Lloyd Oates

**11:00 AM**

18-30921 Roger James Moore
21-30458 John Nicholas Kilpatrick and Amy Gafford Kilpatrick
21-31079 Patricia Jackson Long
21-31392 Erica Bryant
21-31412 Kendall Scott Pinson
21-31431 James Jones, Sr.
21-31466 Dora Baxter
21-31472 Paula B. Foster
21-31512 Margaret Lorene Sanders
21-31543 Joseph Micah Groves
21-31545 Tameka Lynn Stallworth
21-31547 Diana R Vickers
21-31579 Harold Alphonse Henry
21-31588 Loretta Jackson
21-31631 Marcus Desmond Tillis
21-31661 Herman Bud Rush
21-31680 Zekhiry Darryl Hooks
21-31698 Patricia A Lykes
21-31713 Michael E. McAloney
21-31720 Rosa Pearl Jenkins Coley
21-31722 Ivory Jean Mathews
21-31729 Tiffany Monique Lewis
21-31732 Brian Keith Boddie and Kristina Marie Boddie
21-31735 Awbrazenda Brown
21-31740 Daron Terrell Laster
21-31744 George G Brashier
21-31791 Tayaka Debraon Davis
21-31795 Denise Davis
21-31805 Henry Tavaris Barber
21-31806 Lateisha Renae Melton
21-31813 Shawnique Daniels
21-31821 Brenda Humphries and Marvin G. Humphries
21-31822 Steven Lyn Collins
21-31828 Anniese Wright
21-31840 Carol Melinda Atkinson
21-31842 Shawnee Sherricia Biggers
21-31845 Portis Clayton, Jr.
21-31847 Orlando S Hamilton
21-31849 Demetrius Detwon Elliott
21-31850 Latoya Washington
21-31857 Ebony Dijon Davis
21-31867 Patricia Ann Smedley Madison
21-31918 Patricia Thomas-Fulford
21-31987 April Lisa Nelson
21-32009 Christy Michele Fortune
21-32013 Daniel Curtis Locke and Heather Ann Locke
21-32027 Carl Washington, Jr
21-32036 Deundray Carlos Robinson
21-32100 Samuel Dondrell Bates
21-32101 Arlinda Williams
21-32102 Caleb Bailey Foshee
21-32103 Essie Palmer
21-32104 Lafonda Denise White
21-32105 Nidira Shakur
21-32106 Robert Douglas Hughes
21-32107 Orlando Capata Watkins
21-32110 Richard L. Mitchell
21-32111 Christopher Knight and Lori Knight
21-32112 Viola Lewis Owens
21-32113 Carly Hope Selfridge Rowe
21-32114 Anna Grace Stuart
21-32115 Lakizzie Hunter
21-32116 Annie Ruth Ingram
21-32117 Kendi Chalee Hicks
21-32118 Christine C Murphy
21-32123 Christion Musgrove
21-32124 Stacey Lynn Harris
21-32125 Derrick Deon Nelson
21-32126 Dalphne Smith Collick
21-32129 Rafael Ricardo Rondon
21-32132 Lee Henderson Walker, III
21-32133 Antjuan Jermele Jones
21-32134 Wanda Elaine Cogburn
21-32135 Will Henry Foreman and Danette Foreman
21-32136 Latay Shundrisa Person
21-32137 Kimberly Renee Carr
21-32138 Jasmine R. Powell
21-32139 John H. Young
21-32140 Tonia Lane Mims
21-32141 Chiquita Natarish Efford
21-32143 Glenn Moore
21-32144 Christopher Anderson Morgan
21-32145 Clarissa Nicole Lay
21-32146 William Scott Curtis and Keri Utley Curtis
21-32148 Asia Mona'e Conwell
21-32149 Laqunda Shonta Moorer
21-32150 Montina Shevet Mixon
21-32151 Debra Jordan
21-32154 Darrell Howard
21-32157 Khadijah Mechelle Gray and Brent Edward Hill
21-32158 Ebony Latoyia Edwards
21-32159 Kianna Lawrence
21-32160 Terry Owens
21-32161 Amanda Elaine Henry
21-32164 Yvonne Shontaye Pruitt

21-32167 Johnny Lee Washington
21-32168 Latishia Nicole Dorsey
21-32170 Jimmy Eric Sellers
21-32171 Kawaski Curtis Johnson
21-32172 James Everette and Catherine Everette
21-32174 Eugene Raymond Townsend
21-32175 John L. Rodgers
21-32179 James Demetrius Merchant
21-32180 Ronstine Linette Woods
21-32182 Jihan Mechea Musa
21-32184 Elizabeth Davis
21-32186 Kristie Joann Padgett
21-32188 Dickson Peoples
21-32189 Latonya Hamilton
21-32190 Ann Barrett Worthington
21-32191 Walter Earl Moses, Jr.
21-32192 Eric Donnell Felder
21-32193 Donna Faye McReynolds
21-32197 Jeffery Wayne Smith, Jr.
21-32198 Richard Steven McLeod
21-32199 April Christine Johnson
21-32200 Tiffani D. Savage
21-32201 Starrika Latrice Jones
21-32202 Clarence Reid, Jr.
21-32204 Marlisha Q Smith
21-32206 Douglas Carroll Ward and Rebecca Anne Gentry Ward
21-32207 Susan Rose Hill
21-32209 Caleb Brown
21-32210 Shannon Dawn Enzor
21-32211 Marc Alan Boyd, II
21-32212 Joseph Norman Henderson
21-32213 Deyonder Lana Robinson
21-32215 Mary Elizabeth Price
21-32216 Denise Cabb
21-32217 Venekia Gantt
21-32218 Tiwanda Shervon Carr
21-32219 Tonya Coker
21-32222 David Lee Haigler

United States Bankruptcy Court

Middle District of Alabama

In re:  
Nyshea Naticole Bates  
    Debtor

Case No. 20-31489-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 21, 2022     Form ID: pdfALL     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Nyshea Naticole Bates, 2145 Carter Hill Road, Montgomery, AL 36106-2223 |
| cr | + | CB RENTALS DBA COLORTYME, C/O CHAMBLESS MATH & CARR PC, P.O BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4453461 | + | BAPTIST HEALTH, P O BOX 241145, MONTGOMERY, AL 36124-1145 |
| 4453462 | + | CASH ADVANCE, 1850 E MAIN ST, Prattville, AL 36066-5500 |
| 4458258 | + | CB RENTALS, INC DBA COLORTYME, 108 CANTERA WAY, PIKE ROAD, AL 36064-2975 |
| 4453463 | + | COLOR TYME, 3747 EASTERN BLVD, Montgomery, AL 36116-7312 |
| 4453465 | + | Donald Williams, 3160 Cross Creek Ct., Montgomery, AL 36116-3640 |
| 4465433 | | EMERGENCY SERVICES OF MONTGOMERY, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 4453466 | + | Emergi Cash, 301 S. Memorial Drive, Prattville, AL 36067-3625 |
| 4453468 | | Farmers Home Furniture, Attn Corp Credit Dept, Dublin, GA 31040 |
| 4453470 | + | Holloway Credit Solutions, P O Box 230609, Montgomery, AL 36123-0609 |
| 4453469 | + | Holloway Credit Solutions, Attn: Bankruptcy Department, P O Box 230609, Montgomery, AL 36123-0609 |
| 4453472 | + | Local Finance of Prattville, 1661 East Main Street, Prattville, AL 36066-3503 |
| 4453475 | #+ | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 4453476 | + | Midwest Recovery Systems, 514 Earth City Plaza, Earth City, MO 63045-1303 |
| 4453478 | + | New Hampshire Higher Ed/Granite State Ma, Po Box 3420, Concord, NH 03302-3420 |
| 4453477 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 4457482 | + | THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An A, c/o CHAMBLESS-MATH & CARR, PC, P.O. BOX 230759, MONTGOMERY, AL 36123-0759 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 4453460 | + | Email/Text: bankruptcy@spireenergy.com | Jan 21 2022 21:11:00 | ALAGASCO, P O BOX 2224, Birmingham, AL 35246-0001 |
| 4453467 | | Email/Text: corporatecredit@farmersfurniture.com | Jan 21 2022 21:10:00 | Farmers Home Furniture, Attn: Bankruptcy, Po Box 1140, Dublin, GA 31040 |
| 4458384 | + | Email/Text: corporatecredit@farmersfurniture.com | Jan 21 2022 21:10:00 | Farmers Home Furniture-Prattville,AL, Attn: Corporate Credit Department, P.O. Box 1140, Dublin, GA 31040-1140 |
| 4453469 | + | Email/Text: bankruptcyemails@hollowaycredit.com | Jan 21 2022 21:10:00 | Holloway Credit Solutions, Attn: Bankruptcy Department, P O Box 230609, Montgomery, AL 36123-0609 |
| 4453470 | + | Email/Text: bankruptcyemails@hollowaycredit.com | Jan 21 2022 21:10:00 | Holloway Credit Solutions, P O Box 230609, Montgomery, AL 36123-0609 |
| 4453471 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2022 21:10:00 | INTERNAL * REVENUE SERVICE, P O BOX 7346, Philadelphia, PA 19101-7346 |
| 4453473 | | Email/Text: sheri@masinc.org | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 21 2022 21:09:00 | Merchants Adjustment Service, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 4453474 | | Email/Text: sheri@masinc.org | Jan 21 2022 21:09:00 | Merchants Adjustment Service, P O Box 7511, Mobile, AL 36670 |
| 4455727 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 21 2022 21:11:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD VA 22119-3000 |
| 4453480 | + | Email/Text: bankruptcy@onlineis.com | Jan 21 2022 21:11:00 | Online Collections, Pob 1489, Winterville, NC 28590-1489 |
| 4453479 | + | Email/Text: bankruptcy@onlineis.com | Jan 21 2022 21:11:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 4453481 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 21 2022 21:13:52 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 4453482 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 21 2022 21:13:52 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 4455711 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 21 2022 21:13:52 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 4453483 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 21 2022 21:10:00 | SANTANDER CONSUMER USA, P.O. BOX 961245, Fort Worth, TX 76161-0244 |
| 4453484 | + | Email/Text: bankruptcy@speedyinc.com | Jan 21 2022 21:10:00 | SPEEDY CASH, 1501 EASTERN BLVD., Montgomery, AL 36117-1605 |
| 4453485 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 21 2022 21:13:42 | SPRINT, P O BOX 740602, Cincinnati, OH 45274-0602 |
| 4461902 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 21 2022 21:13:56 | Sprint Corp., Attn: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 4455617 | + | Email/Text: bankruptcy@bbandt.com | Jan 21 2022 21:10:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 4453486 | | Email/Text: Stacey.VanAlst@usdoj.gov | Jan 21 2022 21:09:00 | US ATTORNEY, MIDDLE DISTRICT OF ALABAMA, P. O. Box 197, Montgomery, AL 36101-0197 |
| 4456872 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 21 2022 21:09:00 | EMERGENCY SERVICES OF MONTGOMERY, PC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |
| 4453487 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 21 2022 21:09:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 4453488 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 21 2022 21:09:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4453464 | ##+ | DEPARTMENT OF EDUCATION, P.O. BOX 530210, Atlanta, GA 30353-0210 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allan M. Trippe | on behalf of Creditor SANTANDER CONSUMER USA INC. allantrippe@lawbham.com |
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| David Weston | on behalf of Debtor Nyshea Naticole Bates leslie@davidweston.org notice.leslie@aol.com;notice@davidweston.org;r47997@notify.bestcase.com |
| Leonard N. Math | on behalf of Creditor THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH An Affiliate of UAB HEALTH SYSTEM noticesmd@chambless-math.com |
| Leonard N. Math | on behalf of Creditor CB RENTALS DBA COLORTYME noticesmd@chambless-math.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 6